

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00603-CR

Efrain **SOSA-VALDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0026
Honorable Steve Hilbig, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED March 28, 2018.

_____
Karen Angelini, Justice